UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| **MARGERY TALLEY**,<br><br>Plaintiff,<br><br>v.<br><br>**VALLEY HEALTH SYSTEM**,<br><br>Defendant. | No. 5:24-CV-00018 |

**JOINT REQUEST FOR**
**REFERRAL TO MEDIATION**

In accordance with Rule 83(b) of the Local Rules for the United State District Court for the Western District of Virginia and the Scheduling Order entered in this matter, the Plaintiff, **MARGERY TALLEY**, and the Defendant, **VALLEY HEALTH SYSTEM,** hereby jointly request that this case be referred to a United States District Judge or Magistrate Judge for mediation at a time and place to be agreed by the parties and the selected Judge.

Respectfully submitted,

| **MARGERY TALLEY** | **VALLEY HEALTH SYSTEM** |
|---|---|
| By: /s/ Benjamin F. North<br>Benjamin F. North, VSB # 97439<br>Matt Dummermuth, pro hac vice<br>BINNALL LAW GROUP, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br>Telephone: (703) 888-1943<br>Fax: (703) 888-1930<br>ben@binnall.com<br>matt@binnall.com<br>*Counsel for Margery Talley* | By: /s/ Jonathan M. Sumrell<br>Kimberly W. Daniel, VSB #35616<br>Jonathan M. Sumrell, VSB #79123<br>Hancock, Daniel, & Johnson, P.C.<br>4701 Cox Road, Suite 400<br>Glen Allen, VA 23060<br>Telephone: (804) 967-9604<br>Fax: (804) 967-9888<br>kdaniel@hancockdaniel.com<br>jsumrell@hancockdaniel.com<br>*Counsel for Valley Health System* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the below parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

      Benjamin F. North, VSB # 97439
      Matt Dummermuth, pro hac vice
      BINNALL LAW GROUP, PLLC
      717 King Street, Suite 200
      Alexandria, Virginia 22314
      *Counsel for Margery Talley*

      /s/ Jonathan M. Sumrell
      Kimberly W. Daniel, VSB #35616
      Jonathan M. Sumrell, VSB #79123
      Hancock, Daniel, & Johnson, P.C.
      4701 Cox Road, Suite 400
      Glen Allen, VA 23060
      Telephone: (804) 967-9604
      Fax: (804) 967-9888
      kdaniel@hancockdaniel.com
      jsumrell@hancockdaniel.com
      *Counsel for Valley Health System*