IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
January 23, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
       DEPUTY CLERK

| | |
|---|---|
| Margery Talley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:24-cv-00018 |
| ) | |
| Valley Health System, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF REFERRAL TO MEDIATION

It is hereby **ORDERED** that this case is **REFERRED** to the Honorable United States Magistrate Judge Joel C. Hoppe to conduct mediation proceedings. Judge Hoppe shall schedule a mediation after consultation with the parties. The parties are advised that any information exchanged during the mediation is confidential and shall not be shared with any other officer of the court. Mediation shall proceed independently of all other pretrial development and shall not modify or stay any scheduling provisions of any pretrial order.

The Clerk is directed to transmit copies of this Order to all counsel of record and to Judge Hoppe.

**ENTERED** this 23rd day of January, 2025.

/s/ *Jasmine H. Yoon*
HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE